UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DUANE WOODMAN,**

      **Appellant,**

v.                                              **Case No: 6:14-cv-1556-Orl-41**

**U.S. BANK,**

      **Appellee.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Appellee's Motion for Clarification of Deadline to File Answer Brief, or in the Alternative, Request for Extension of Time (Doc. 39), filed March 13, 2015. Pursuant to Federal Rule of Bankruptcy Procedure 8018, "[t]he appellee must serve and file a brief within [thirty] days after service of the appellant's brief."

On February 26, 2015, Appellant filed his Initial Opening Brief (Doc. 37) as required by this Court's February 19, 2015 Order (Doc. 35). Subsequently, Appellant filed his First Amended Opening Brief (Doc. 38) on March 2, 2015. Appellee requests confirmation that the Rule 8018 time period runs from the date of service of the First Amended Opening Brief.

Appellant's First Amended Opening Brief was filed after the deadline and without leave of Court. However, the Court will accept the First Amended Opening Brief as Appellant's operative brief despite Appellant's failure to follow proper procedure for filing. Thus, Appellee will have thirty days from the date of service of the First Amended Opening Brief to timely file an answer brief.

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** that Appellee's Motion for Clarification is **GRANTED**. Appellee may timely file an answer brief on or before **Wednesday, April 1, 2015**.

**DONE** and **ORDERED** in Orlando, Florida on March 18, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party